# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**FREDERICK WHITE,**

                    **Plaintiff,**

-vs-                                                    **Case No.  6:06-cv-407-Orl-19KRS**

**COMMISSIONER OF SOCIAL
SECURITY,**

                    **Defendant.**
_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument on the following motion filed

herein:

| | |
|---|---|
| **MOTION:** | **MOTION FOR ENTRY OF JUDGMENT WITH REMAND (Doc. No. 15)** |
| **FILED:** | **March 2, 2007** |

**THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

The Commissioner of Social Security requests that this matter be reversed and remanded to

the Social Security Administration for further proceedings under sentence four of 42 U.S.C. § 405(g)

for the following reasons:

> To allow the administrative law judge (ALJ) to give further consideration to Plaintiff's
> mental impairment. Specifically, the ALJ will consider the VA's reports and disability
> ratings and the evaluation from Dr. Spital. If he does not accept these assessments, he
> will articulate his reasons for rejecting them. The ALJ will also give further
> consideration to Plaintiff's appropriate residual functional capacity, including any non-

exertional limitations, and obtain testimony from a vocational expert as to what jobs Plaintiff can perform despite his limitations.

Doc. No. 15. Plaintiff Frederick White does not oppose the motion. *Id.*

Based on the foregoing, I respectfully recommend that the motion be **GRANTED** and the decision of the Commission be **REVERSED** and the case is **REMANDED** for further proceedings. I further recommend that the Court direct the Clerk of Court to enter judgment consistent with its decision on this Report and Recommendation and, thereafter, to close the file.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on March 5, 2007.

*Karla R. Spaulding*

KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE


Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy