**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

FREDERICK WHITE,

      Plaintiff,

vs.                                   CASE NO. 6:06-CV-407-ORL-19KRS

COMMISSIONER OF SOCIAL SECURITY,

      Defendant.

_____

<u>ORDER</u>

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 16, filed March 5, 2007). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 16) is **ADOPTED and AFFIRMED.** The Motion for Entry of Judgment with Remand (Doc. No. 15, filed March 2, 2007) is **GRANTED.** The decision of the Commissioner is **REVERSED** and this case is hereby **REMANDED** for further proceedings. The Clerk of Court is directed to enter judgment consistent with this decision and, thereafter, to close this file.

**DONE AND ORDERED** at Orlando, Florida, this   30th   day of March, 2007.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record