**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

FREDERICK WHITE,

      Plaintiff,

vs.                                                   CASE NO. 6:06-CV-407-ORL-19KRS

COMMISSIONER OF SOCIAL SECURITY,

      Defendant.

### JUDGMENT

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 20, filed July 5, 2007). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 20) is **ADOPTED and AFFIRMED.** Plaintiff's Consent Petition for Attorney Fees (Doc. No. 19, filed July 5, 2007) is **GRANTED.** Judgment in favor of Plaintiff Frederick White and against Defendant Commissioner of Social Security in the amount of **$4,514.55 in attorney's fees, $250.00 in costs, and $32.60 in expenses for a total of $4797.15.**

**DONE AND ORDERED** at Orlando, Florida, this ___31st___ day of July, 2007.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record